■ In the Matter of WILLARD H. LAMPHERE, Respondent, v. FRANCIS W. FARRELL, as Director of the New York State Civil Defense Commission, et al., Appellants.— MEMORANDUM BY THE COURT. Judgment reversed, on the law and the facts, and petition dismissed, without costs. (See *Matter of Hennessey* v. *Farrell*, 43 Misc 2d 1045, affd. 19 A D 2d 698, mot. for lv. to app. den. 13 N Y 2d 598; *Matter of Steger* v. *Farrell*, 22 A D 2d 729; *Matter of O'Brien* v. *Farrell*, 44 Misc 2d 438, affd. 22 A D 2d 746.) Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.